UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE WALKER,

    Plaintiff,

v().

JPMORGAN CHASE BANK, N.A., et al.,

    Defendants.
_____/

Case No. 1:25-cv-853

HONORABLE PAUL L. MALONEY

MAURICE WALKER,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.
_____/

Case No. 1:25-cv-799

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated these lawsuits by filing a complaint in the lead case, Walker v. JPMorgan Chase Bank, N.A., Case Number 1:25-cv-853 ("*Walker II*") on July 30, 2025, and in the member case, Walker v. JPMorgan Chase Bank, N.A., et al, Case Number 1:25-cv-799 ("*Walker I*") on July 18, 2025.  Defendant JPMorgan Chase Bank, N.A., has filed two motions to dismiss (*Walker I*, ECF No. 4, and *Walker II*, ECF No. 5) and Defendants Equifax Inc. and Experian Information Solutions, LLC, filed a joint motion to dismiss (*Walker II*, ECF No. 12).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 2, 2026,

recommending that this Court grant the motions. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 25) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant JPMorgan Chase Bank, N.A.'s motion to dismiss (*Walker II*, ECF No. 5) is GRANTED.

**IT IS FURTHER ORDERED** that Defendants Equifax Inc. and Experian Information Solutions, LLC's, joint motion to dismiss (*Walker II*, ECF No. 12) is GRANTED.

**IT IS FURTHER ORDERED** that Defendant JPMorgan Chase Bank, N.A.'s motion to dismiss (*Walker I*, ECF No. 4) is GRANTED.

**IT IS FURTHER ORDERED** that both the lead case, 1:25cv853 (*Walker II*) and the member case, 1:25-cv-799 (*Walker I*) are DISMISSED.

A Judgment will be entered consistent with this Order.

Dated: January 26, 2026                           /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge